

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00094-CV
_____

GEANENE PHILLIPS MCGREGOR, Appellant

V.

TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellee

On Appeal from the County Court
Titus County, Texas
Trial Court No. C01760

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Geanene Phillips McGregor, appellant, has filed a motion seeking to dismiss her appeal.

Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted.

*See* TEX. R. APP. P. 42.1(a)(1).

We dismiss this appeal.

Bailey C. Moseley
Justice

Date Submitted:    September 17, 2013
Date Decided:      September 18, 2013